UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re ERNESTO PATACSIL, MERILYN PATACSIL,<br><br>Debtors. | District Case No. 2:23-cv-01231-DJC<br><br>Bankr. Case No. 20-23457-A-7<br><br>Bankr. Adversary Case No. 20-02167-A |
| JOSPEPH CABARDO, DONNABEL SUYAT, MARISSA BIBAT, MACTABE BIBAT, RENATO MANIPON, ALICIA BOLLING, CARLINA CABACONGAN, JOHN DAVE CABACONGAN, MALLISON & MARTINEZ AND THE LAW OFFICES OF JOHN R. GRELE,<br><br>Appellants,<br><br>v.<br><br>ERNESTO PATACSIL AND MARILYN EMBRY PATACSIL,<br><br>Appellees. | <u>ORDER TO SHOW CAUSE</u> |

On June 28, 2023, Appellees filed a Motion for Leave to File a Bankruptcy Appeal. (ECF No. 4.) Pursuant to Federal Rule of Bankruptcy Procedure 8004, the deadline for Appellants to file an opposition or cross-motion was fourteen days after the Motion for Leave to File a Bankruptcy Appeal was filed. Fed. R. Bankr. P. 8004(b)(2). Fourteen days have passed and Appellants have not filed an opposition,

statement of non-opposition, cross-motion, or a request for an extension of time to file any of the above.

Accordingly, IT IS HEREBY ORDERED that within seven days of this order Appellants must show cause in writing why the Court should not construe their lack of timely opposition as a non-opposition to Appellee's motion and grant leave to appeal. *See* Local Rule 230(c).  The hearing set for November 16, 2023 at 1:30 p.m. in Courtroom 10 is hereby VACATED.  *See* L.R. 230(g); *see also* Fed. R. Bankr. P. 8004(c)(3) ("The motion and any response or cross-motion are submitted without oral argument unless the district court or BAP orders otherwise.").

IT IS SO ORDERED.

Dated:   **November 7, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1
patacsil23cv01231.osc