UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re ERNESTO PATACSIL, MERILYN PATACSIL,<br><br>Debtors. | District Case No.  2:23-cv-01231-DJC<br><br>Bankr. Case No. 20-23457-A-7<br><br>Bankr. Adversary Case No. 20-02167-A |
| JOSPEPH CABARDO, DONNABEL SUYAT, MARISSA BIBAT, MACTABE BIBAT, RENATO MANIPON, ALICIA BOLLING, CARLINA CABACONGAN, JOHN DAVE CABACONGAN, MALLISON & MARTINEZ AND THE LAW OFFICES OF JOHN R. GRELE,<br><br>Appellants,<br><br>v.<br><br>ERNESTO PATACSIL AND MARILYN EMBRY PATACSIL,<br><br>Appellees. | (AMENDED) ORDER TO SHOW CAUSE |

The Court previously issued an order to show cause that, due to clerical error, misidentified the parties. (*See* ECF No. 10.)  The Court vacates its prior order (ECF No. 10) and issues this Amended Order instead.

On June 28, 2023, Appellants filed a Motion for Leave to File a Bankruptcy Appeal.  (ECF No. 4.)  Pursuant to Federal Rule of Bankruptcy Procedure 8004, the deadline for Appellees to file an opposition or cross-motion was fourteen days after

1

the Motion for Leave to File a Bankruptcy Appeal was filed.  Fed. R. Bankr. P. 8004(b)(2).  Fourteen days have passed and Appellees have not filed an opposition, statement of non-opposition, cross-motion, or a request for an extension of time to file any of the above.

Accordingly, IT IS HEREBY ORDERED that within seven days of this order Appellees must show cause in writing why the Court should not construe their lack of timely opposition as a non-opposition to Appellants' motion and grant leave to appeal.  See Local Rule 230(c).  The hearing set for November 16, 2023 at 1:30 p.m. in Courtroom 10 is hereby VACATED.  See L.R. 230(g); see also Fed. R. Bankr. P. 8004(c)(3) ("The motion and any response or cross-motion are submitted without oral argument unless the district court or BAP orders otherwise.").  The Court's prior Order to Show Cause (ECF No. 10) is vacated.

IT IS SO ORDERED.

Dated:   **November 8, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1
patacsil23cv01231.osc_AMENDED

2