CHARLES L. HASTINGS
CA State Bar No.: 88599
NATALI A. RON
CA State Bar No.: 302927
Law Office of Hastings & Ron
PMB #270, 4719 Quail Lakes Drive, Suite G
Stockton, CA 95207
(209) 476-1010

Attorneys for Appellees, Ernesto Patacsil
and Marilyn Embry Patacsil

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Cabardo, Donnabel Suyat, Marissa Bibat, Mactabe Bibat, Renato Manipon, Alicia Bolling, Carlina Cabacongan, John Dave Cabacongan, Mallison & Martinez and the Law Offices of John R. Grele,<br><br>        Appellants,<br><br>Ernesto Patacsil Patacsil and Marilyn Embry Patacsil,<br><br>        Appellees. | District Court Case No. 23-cv-01231-DJC<br><br>Bankruptcy Court Case Number NO. 20−23457−A−7<br><br>Adversary Proceeding Number NO. 20−2167−A<br><br>Bankruptcy Appellate Panel Number NO. −<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

        This stipulation is presented in the form required by Eastern District of California, Local Rule 143 (a) and is accompanied by the required form of Order of the Court pursuant to Local Rule 143(b).  It is submitted in accordance with Local Rule 144 (a).

        WHEREAS the Clerk of the Court entered a BRIEFING SCHEDULE IN BANKRUPTCY APPEAL dated October 18, 2023, Document 7-1 indicating that appellee's

opening brief is due, filed in the district court, within thirty (30) days after service of appellant's brief.

WHEREAS, briefing on this appeal was stayed pending the Court's ruling on the Motion for Leave to Appeal the Bankruptcy Court's Order and Memorandum Regarding Preclusive Effect in Bankruptcy Adversary Proceeding No. 20-02167-A.

WHEREAS on March 11, 2024, by way of a MINUTE ORDER issued by Courtroom Deputy G. Michel for District Judge Daniel J. Calabretta, the Court modified the remaining deadlines set forth in the Briefing Schedule accordingly: Appellees' opening brief is due within thirty (30) days of this order; Appellants may file a reply brief within fourteen (14) days after service of Appellees' brief;

WHEREAS, the parties, through counsel, agreed to extend Appellees' deadline to file their Opening Brief by seven (7) days, to April 17, 2024.

WHEREAS, the parties, through counsel, also agreed to extend Appellants' deadline to file their Reply Brief by an additional seven (7) days, to May 8, 2024.

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record, that Appellees shall have a seven-day extension of time to April 17, 2024, to serve and file Appellees' Opening Brief and Appellants shall have an additional seven day extension of time to May 8, 2024, to serve and file Appellants' Reply brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,


 Dated: April 9, 2024                      LAW OFFICE OF HASTINGS & RON

                                           NATALI A. RON
                                           CHARLES L. HASTINGS
                                           Attorney for Appellees

STIPULATION AND ORDER FOR EXTENTION OF TIME

1    Dated: April 9, 2024                    MALLISON & MARTINEZ

2

3

4                                            _____
                                             CAROLINE L. HILL
5                                            HECTOR RODRIGUEZ MARTINEZ
                                             STAN S. MALLISON
6                                            Attorney for Appellants

7    Dated: April 9, 2024                    LAW OFFICE OF JOHN R. GRELE

8

9                                            _____/s/ John R. Grele_____

10                                           JOHN R. GRELE
                                             Attorney for Appellants
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

IT IS HEREBY ORDERED that Appellees' shall have a seven-day extension of time, to April 17, 2024, to serve and file Appellees' Opening Brief.  Appellants shall have an additional seven-day extension of time, to May 8, 2024, to serve and file Appellants' Reply brief. Appellants are to notify the Court in writing, within fourteen (14) days after service of Appellant's Reply brief, that the appeal is ready for oral argument.

IT IS SO ORDERED.


Dated:  April 9, 2024                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE